**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CESAR CUBA GARCIA,**

    **Plaintiff,**

**v.**                                                  **No. 12-cv-0937 RB/SMV**

**NEW MEXICO TV NETWORKS, et al.,**

    **Defendants.**

### ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint [Doc. 1]. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee**.

    __  No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)   __   is not filed
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   An original and a copy have not been received by the Court. Only an original has been received.
(9)   __   other _____

**III. Complaint, Petition or Application**:

(1)   __   is missing

(2) \_\_ is not on proper form (must use our form Rev. 5/96)
(3) \_\_ is missing an original signature by the prisoner
(4) \_\_ is missing page nos. \_\_
(5) \_\_ uses et al. instead of listing all defendants/respondents
(6) \_\_ An original and a copy have not been received by the Court.  Only an original has been received.
(7) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_ names in caption do not match names in text
(9) \_\_ other _____

Papers filed in response to this order must include the civil action number (12-cv-0937 RB/SMV) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**